UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOVAN MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) No. 4:14CV322 HEA |
| | ) |
| MEDIUM SECURITY INSTITUTE, | ) |
| | ) |
| Defendant, | ) |

**OPINION, MEMORANDUM AND ORDER**

This matter is before the Court on plaintiff's civil complaint. The complaint is defective for several reasons. Plaintiff has neither paid the filing fee nor submitted a motion for leave to proceed in forma pauperis. Plaintiff has not signed the complaint. Plaintiff's only requested relief is to be released from confinement, and such relief is not available in an action alleging unconstitutional conditions of confinement. For these reasons, the case is not properly filed, and the Court will dismiss this action without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that the Clerk shall mail to plaintiff a Prisoner Civil Rights Complaint form and a Prisoner Motion for Leave to Proceed In Forma Pauperis form. A separate Order of Dismissal will be filed forthwith.

Dated this 6th day of March, 2014.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE